UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KAREEM NISBETT

                                Plaintiff(s),        19 Civ. 9529  (LGS)

              -against-                      ORDER

CLUB QUARTERS MANAGEMENT
COMPANY, LLC.

                                Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: November 18, 2019

LORNA G. SCHOFIELD, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: November 18, 2019
       New York, New York

                                     LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE